UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

        MISC. NO. 12-mc-50168

-vs-

        HON. ROBERT H. CLELAND

OPINDER KAUR, PRESIDENT,
KEVIN AND NICK, INC.,

    Respondent.
_____/

## ORDER DISMISSING PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against Opinder Kaur, President, Kevin and Nick, Inc.;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Opinder Kaur, President, Kevin and Nick, Inc., by the petitioner is hereby dismissed without prejudice.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: May 1, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 1, 2012, by electronic and/or ordinary mail.

      S/Lisa Wagner
      Case Manager and Deputy Clerk
      (313) 234-5522