UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

OPINDER KAUR, PRESIDENT,
KEVIN AND NICK, INC.,

    Respondent.
_____/

MISC. NO. 12-mc-50168

HON. ROBERT H. CLELAND

## ORDER DISMISSING PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against Opinder Kaur, President, Kevin and Nick, Inc.;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Opinder Kaur, President, Kevin and Nick, Inc., by the petitioner is hereby dismissed without prejudice.

    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: May 1, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 1, 2012, by electronic and/or ordinary mail.

    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522